IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bradley Todd, a/k/a Leamon Bradley Todd, ) | C/A No.: 3:05-2107-MBS |
| Plaintiff, ) | |
| vs. ) | |
| Venus Enterprises; CIA; NASA; and United States of America, ) | **OPINION AND ORDER** |
| Defendants. ) | |

Plaintiff Bradley Todd is confined in a residential care facility, which facility is under contract to the South Carolina Department of Mental Health. Plaintiff, proceeding pro se and in forma pauperis, filed a complaint on July 25, 2005, asserting that Defendants Central Intelligence Agency (CIA) and National Aeronautics and Space Administration (NASA) "stole VE from me + institutionalized me in order to retain my business." He also seeks damages from Defendant United States as the result of "the swollen gut" he has from medications and he seeks payment of his hospital bills from the United States. Plaintiff indicates he wishes to sue the United States Copyright office for "Deletion of my Copyrights for VE."

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bristow Marchant for pretrial handling. The Magistrate Judge reviewed the petition pursuant to the provisions of 28 U.S.C. § 1915. On August 26, 2005, the Magistrate Judge filed a Report and Recommendation in which he recommended that the within action be dismissed with prejudice and without issuance and service of process. Plaintiff filed no response to the Report.

The Magistrate Judge makes only a recommendation to this court. The recommendation has

no presumptive weight. The responsibility for making a final determination remains with this court. <u>Mathews v. Weber</u>, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The court has thoroughly reviewed the record. The court concurs in the Report and Recommendation of the Magistrate Judge and incorporates it herein by reference. For the reasons stated, the case is dismissed *with prejudice* and without issuance and service of process.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

September 23, 2005

Columbia, South Carolina

### NOTICE OF RIGHT TO APPEAL

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**